**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-1211**

―――――――――

THOR K. GIBSON,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

              Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley,
District Judge.  (1:12-cv-00067-IMK-JSK)

―――――――――

Submitted:  May 30, 2013          Decided:  June 4, 2013

―――――――――

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Thor K. Gibson, Appellant Pro Se.  Alan McGonigal, Assistant
United States Attorney, Wheeling, West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thor K. Gibson appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Gibson v. United States</u>, No. 1:12-cv-00067-IMK-JSK (N.D.W. Va. Jan. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>